UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOUGLAS E. RICE**                                                      **PLAINTIFF**

v.              No. 4:21-cv-00791-BRW-JTR

**KILOLO KIJAKAZI, Acting Commissioner**
Social Security Administration                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this   1st   day of   July  , 2022.

                                                   _____BILLY ROY WILSON_____
                                                   UNITED STATES DISTRICT JUDGE